UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION AT COLUMBUS

**United States of America**

**-vs-**  Case No.  2:25-cr-00066

**Tyler Bossetti**

## COURTROOM MINUTES

| JUDGE: | Chelsey M. Vascura | DATE AND TIME: | 6/12/2025 12:35pm |
|---|---|---|---|
| DEPUTY CLERK: | Allie Moran | COUNSEL FOR GOVT: | Dave Twombly |
| RECORDER: |  | COUNSEL FOR DEFT(S). | Mike Hunter |
| INTERPRETER: |  | PRETRIAL/PROBATION: | Tiara Turner |

Hearing Type: Bond Conference

No objections to pretrial services report.  Defendant released on recommended conditions.