IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | Case No. 2:25-cr-66 |
| v. | : | Judge Algenon L. Marbley |
| **TYLER BOSSETTI,** | : | |
| **Defendant.** | : | |

# ORDER

This matter comes before this Court on the Probation Officer's request to extend the presentence report deadlines. On June 13, 2025, Defendant entered a plea of guilty to wire fraud, in violation of 18 U.S.C. § 1343, and aiding in the filing of a false and fraudulent document, in violation of 26 U.S.C. § 7206(2). (ECF No. 10). Accordingly, this Court ordered a presentence investigation. (*Id*.). The Probation Officer then advised this Court of certain timeframes for completing the presentence report and the disclosure process pursuant to Local Rule 32.1. (ECF No. 12).  Based on the timeframes provided, the initial presentence report is due on July 28, 2025; objections are due on August 18, 2025; and the final presentence report is due September 9, 2025.

The Probation Officer now requests a forty-five (45) day extension of the presentence report deadlines. She has informed this Court of the difficulty meeting the current deadlines, as this case involves over $11 million in fraud, she has been unable to connect with the case agents, and she has not been provided restitution information from the Government. As such, the Probation Officer requests additional time to prepare the presentence report. Counsel for the Defendant and the Government do not oppose.

For good cause shown, the request is **GRANTED**. The presentence report deadlines are set as follows:

- The initial presentence report is due on or before **September 9, 2025**

- Objections to the initial presentence report are due on or before **September 30, 2025**,

- The Final presentence report is due on or before **October 21, 2025.**

**IT IS SO ORDERED.**

**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: July 8, 2025**