**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| : | |
| Plaintiff, : | Case No. 2:25-cr-66 |
| : | |
| v. : | Judge Algenon L. Marbley |
| : | |
| **TYLER BOSSETTI,** : | |
| : | |
| Defendant. : | |

## ORDER

This matter comes before this Court on the Government's unopposed Motion to Continue the Presentencing Investigation Report ("PSR") deadline. (ECF No. 17). The Final PSR was originally due on or before December 5, 2025. (ECF No. 16). The Parties agree that additional time is needed for the Government to finalize its investigation into victim losses for restitution. (*Id.*). Neither the Probation Office nor counsel for Mr. Bosetti oppose this request.

Accordingly, for good cause shown, the Motion (ECF No. 17) is **GRANTED**. The Final Presentence Investigation Report is due **January 9, 2026**.

IT IS SO ORDERED.

*[signature]*
**ALGENON L. MARBLEY
UNITED STATES DISTRICT JUDGE**

**DATED: December 4, 2025**