IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| United States of America, | : | |
| | : | |
| Plaintiff, | : | **NOTICE** |
| | : | |
| v. | : | Case No. 2:25-cr-66 |
| | : | |
| Tyler Bossetti, | : | JUDGE MARBLEY |
| | : | |
| Defendant. | : | |

**TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

Place:   UNITED STATES DISTRICT COURT   Courtroom #331
         85 Marconi Boulevard
         Columbus, OH  43215            April 10, 2026 @ 9:40 a.m.

***If an interpreter is needed, please notify ASAP***

TYPE OF PROCEEDING:     **SENTENCING**

**MANDATORY BRIEFING REQUIREMENT:** Counsel are to submit sentencing memoranda by March 30, 2026. Said memoranda shall address, *inter alia*, the applicability of the factors set forth in 18 U.S.C. §3553(a) and the bases for any proposed upward or downward variance from the applicable advisory guidelines. The memoranda shall not exceed ten (10) pages, except by leave of Court. Reply memoranda, while not necessary, shall be filed not less than three (3) days prior to the sentencing hearing. Reply memoranda shall not exceed five (5) pages, except by leave of Court.

DATE: January 20, 2026                    ALGENON L. MARBLEY
                                          United States District Judge


                                          _____/s/_____
                                          (By) Stephanie Hernandez, Deputy Clerk
                                          (614) 719-3265